**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

May 6, 2024

**DUNNE V. QUANTUM RESIDENTIAL INC**
Case # 3:23−cv−05535−DGE

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

>   **Document Incomplete**
>   The Motion was filed with pages or other information missing. Please refile the document by going to **Other Documents** and selecting **Praecipe to Attach Document**. The document must be related back to the original filing.
>
>   **Additional Notes:** Pursuant to Local Civil Rule 15, a party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file