UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DUNNE, | CASE NO. 3:23-cv-05535-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| QUANTUM RESIDENTIAL INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On February 7, 2024, Plaintiff filed an unopposed motion for leave to amend his complaint. (Dkt. No. 30.) Under Local Civil Rule 15, a party who moves for leave to amend a complaint must attach a redlined version of the amended pleading showing how it differs from the pleading that it amends. Plaintiff has not submitted a redlined version of his proposed amended complaint, despite being contacted by the Court concerning this deficiency.

MINUTE ORDER - 1

Plaintiff shall file, by the close of business on **May 16, 2024**, a redlined of his proposed amended complaint or the Court will deny the motion to amend without prejudice.

Dated this 15th day of May, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2