UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DUNNE,<br><br>                    Plaintiff,<br><br>     v.<br><br>QUANTUM RESIDENTIAL INC.,<br><br>                    Defendant. | CASE NO. 3:23-cv-05535-DGE<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION (DKT. NO. 40) |

Before the Court is the parties' stipulated motion for an extension of time.  (Dkt. No. 40.) The parties ask the Court to afford Plaintiff an additional seven days to file a Corrected Proposed Notice and Proposed Order, which the Court had previously ordered be filed no later than July 18, 2024.  (Dkt. No. 39 at 19.)

The Court GRANTS the motion and orders that Plaintiff SHALL file the Proposed Notice and Proposed Order no later than July 25, 2024.

Dated this 23rd day of July 2024.

David G. Estudillo
United States District Judge

ORDER ON STIPULATED MOTION FOR EXTENSION (DKT. NO. 40) - 1