The Honorable David G. Estudillo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DUNNE, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM RESIDENTIAL, INC., a Washington for-profit corporation,<br><br>Defendant. | Case No. 3:23-cv-05535-DGE<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION** |

Before the Court is the Parties' Stipulated Motion for Extension of Time to Send Settlement Notices and to File Motion for Attorneys' Fees. The Court GRANTS the Parties' Motion.[1]

The deadline for ILYM Group to mail and email the Notice Packets to Class Members shall be extended until November 12, 2024. Likewise, the deadline for Plaintiff to file his Motion for Attorney Fees shall be extended until November 12, 2024.

SO ORDERED.

HONORABLE DAVID G. ESTUDILLO

---

[1] The Court notes that the motion was dated October 3, 2024 (Dkt. No. 44 at 2) but not filed until October 11, 2024, with no explanation given for the delay.  Regardless, the existing deadline was October 3, 2024 (*Id.* at 1), so even the earlier date would have been untimely.  *See* LCR 7(j) (directing parties to file motions for relief from a deadline "sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline.")  Further, the motion initially sought an extension to November 4, 2024 (Dkt. No. 44 at 1), whereas the parties now seek an extension to November 12, 2024 (Dkt. No. 45-1 at 1.)  Nonetheless, the Court will grant the stipulated extension, but admonishes the parties to timely file any subsequent requests.

United States District Judge

Dated this 16th of October 2024.