The Honorable David H. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DUNNE, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>QUANTUM RESIDENTIAL, INC., a Washington for-profit corporation,<br><br>    Defendant. | Case No: 3:23-cv-05535-DGE<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR VIRTUAL HEARING**<br><br>Noted for hearing:    February 24, 2025 |

Plaintiff Timothy Dunne ("Dunne") hereby moves the Court to conduct the Parties' February 28, 2025, Final Approval Hearing virtually via videoconference, and in support states as follows:

1. The Court granted preliminary approval of the Parties' Settlement Agreement on August 20, 2024. Dkt. # 43.

2. On November 13, 2024, the Parties' Settlement Administrator, ILYM, issued notice of the settlement to each eligible Class Member.

3. The deadline for Class Members to opt out, object, and dispute their reported total workweeks expired on December 28, 2024. No objections have been filed and no Class Members have requested exclusion from the Settlement. There have been no disputes as to the total earnings calculations from any Class Member. Finally, there is no indication that any Class Member intends to appear at the Final Approval Hearing.

MOTION FOR VIRTUAL HEARING – Page 1

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

4. Because the Parties are in agreement with the terms of the Settlement, and there are no Objectors to the Settlement, there is good cause to hold the Final Approval Hearing virtually. *See Boyd v. Bank of Am., N.A.*, No. C18-1207 TSZ, 2021 WL 2312856, at *1 (W.D. Wash. June 7, 2021) (virtual hearing on attorneys' fees and costs and final approval); *Pine v. A Place for Mom, Inc.*, No. C17-1826 TSZ, 2020 WL 6194421, at *1 (W.D. Wash. Oct. 22, 2020) (same); *Booher v. JetBlue Airways Corp.*, No. 4:15-CV-01203-JSW, 2023 WL 3035390, at *1 (N.D. Cal. Mar. 24, 2023) (same).

WHEREFORE, Plaintiff Timothy Dunne ("Plaintiff" or "Mr. Dunne"), individually and for others similarly situated respectfully requests entry of an Order authorizing a virtual hearing on Plaintiff's Final Approval Motion.

Date: February 24, 2025

Respectfully submitted,

/s/ *Andrew W. Dunlap*
Michael A. Josephson (*Pro Hac Vice*)
Andrew W. Dunlap (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
mjosephson@mybackwages.com
adunlap@mybackwages.com

Michael C. Subit, WSBA # 29189
**FRANK FREED SUBIT & THOMAS LLP**
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Tel: (206) 682-6411
msubit@frankfreed.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

* - *Pro hac vice application forthcoming*

MOTION FOR VIRTUAL HEARING – Page 2

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

*Attorneys for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF COMPLIANCE

I certify that this memorandum contains 263 words (exclusive of the case caption, tables of contents, table of authorities, signature blocks, and certificate of compliance), in compliance with the Local Civil Rules.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Counsel for Defendant regarding the content and relief sought herein. Defendant does not oppose this Motion.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap

MOTION FOR VIRTUAL HEARING – Page 2

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100

The Honorable David H. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DUNNE, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTUM RESIDENTIAL, INC., a Washington for-profit corporation,<br><br>Defendant. | Case No: 3:23-cv-05535-DGE<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VIRTUAL HEARING**<br><br>Noted for Hearing:   February 24, 2025 |

Before the Court is Plaintiff's Unopposed Motion for Virtual Final Approval Hearing. The Court GRANTS the motion. The Parties' February 28, 2025, Final Approval Hearing SHALL be held via Zoom at the following link: _____.

Dated this \_\_\_ day of February, 2025.

_____
David G. Estudillo
United States District Judge

PROPOSED ORDER GRANTING VIRTUAL FINAL APPROVAL HEARING  – Page 1

FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: (206) 682-6711

JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Ste. 3050
Houston, TX 77046
Tel: (713) 352-1100